UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
WILLIAM KOCH and DEBORAH KOCH,

                     Plaintiffs,

-against-

BOBCAT OF NEW YORK, INC.
d/b/a BOBCAT OF LONG ISLAND,
and CLARK EQUIPMENT COMPANY
d/b/a BOBCAT COMPANY,

                     Defendants.
---------------------------------------------------------X

Civil Action: 1:19-cv-07081-HG-TAM

NOTICE OF APPEARANCE

S I R S:

PLEASE TAKE NOTICE, that the plaintiffs, WILLIAM KOCH and DEBORAH KOCH, hereby appear in the above-entitled action, and that the undersigned has been retained as Attorney for said plaintiffs and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below within twenty (20) days from the date hereof.

Dated: Uniondale, New York
       January 29, 2024

CONGDON, FLAHERTY, O'CALLAGHAN,
FISHLINGER & PAVLIDES, ESQS.

By:_____
    MICHAEL T. REAGAN
Attorneys for Plaintiffs, WILLIAM KOCH and
DEBORAH KOCH
Office & P.O. Address
333 Earle Ovington Boulevard, Suite 502
Uniondale, NY 11553-3625
(516) 542-5900

TO:  Andrew Harms
      Lewis Brisbois Bisgaard & Smith, LLP
      77 Water Street, Suite 2100
      New York, NY 10005

      Matthew Miller, Esq.
      Goldberg Segalla LLP
      711 Third Ave, 19th Floor
      New York, NY 10017